1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 J & J Sports Productions, Inc.,          CASE NO. 5:10-cv-04189-JF

11              Plaintiff,                   STIPULATION OF DISMISSAL OF
                                             PLAINTIFF'S COMPLAINT AGAINST
12      vs.                                  DEFENDANT JOSE RICARDO ESPINOZA,
                                             individually and d/b/a OAKWOOD LOUNGE
13 Jose Ricardo Espinoza, et al.,

14              Defendant.

15

16

17      IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,

18 INC. and Defendant JOSE RICARDO ESPINOZA, individually and d/b/a OAKWOOD LOUNGE,

19 that the above-entitled action is hereby dismissed **with prejudice** against JOSE RICARDO

20 ESPINOZA, individually and d/b/a OAKWOOD LOUNGE.

21      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party

22 referenced-above shall bear its own attorneys' fees and costs.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///


STIPULATION OF DISMISSAL
Case No. 5:10-cv-04189-SI
PAGE 1

1  Dated: September 30, 2011

2                              LAW OFFICES OF THOMAS P. RILEY, P.C.
                              By:  Thomas P. Riley
3                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.
4

5

6

7  Dated:  10/3/11

8                              JOSE RICARDO ESPINOZA
                              individually and d/b/a OAKWOOD LOUNGE
9                              (Defendant)

10

11

12  IT IS SO ORDERED:

13

14

15

16  The Honorable Susan Illston
    United States District Court
17  Northern District of California

                                        Dated: _____  10/6/11 _____

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 30, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE RICARDO ESPINOZA, individually and d/b/a OAKWOOD LOUNGE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jose Ricardo Espinoza (Defendant)
7421 Monterey Street
Gilroy, CA 95020

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 30, 2011, at South Pasadena, California.

Dated: September 30, 2011

ERICA FERNANDEZ