Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jose Ricardo Espinoza, et al.,<br><br>Defendant. | CASE NO. 5:10-cv-04189-JF<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE RICARDO ESPINOZA, individually and d/b/a OAKWOOD LOUNGE |

   IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JOSE RICARDO ESPINOZA, individually and d/b/a OAKWOOD LOUNGE, that the above-entitled action is hereby dismissed **with prejudice** against JOSE RICARDO ESPINOZA, individually and d/b/a OAKWOOD LOUNGE.

   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///
///
///
///
///
///

```
 1  Dated: September 30, 2011      _____
 2                                 LAW OFFICES OF THOMAS P. RILEY, P.C.
                                   By: Thomas P. Riley
 3                                 Attorneys for Plaintiff
                                   J & J SPORTS PRODUCTIONS, INC.
 4
 5
 6
 7  Dated: 10/3/11                 _____
                                   JOSE RICARDO ESPINOZA
 8                                 individually and d/b/a OAKWOOD LOUNGE
                                   (Defendant)
 9
10
11
12
13  IT IS SO ORDERED:
14
15  _____              Dated: 10/6/11
16  The Honorable Susan Illston
    United States District Court
17  Northern District of California
18  ///
19
20  ///
21  ///
22  ///
23
24  ///
25  ///
26  ///
27  ///
28
```

STIPULATION OF DISMISSAL
Case No. 5:10-cv-04189-SI
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 30, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE RICARDO ESPINOZA, individually and d/b/a OAKWOOD LOUNGE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Jose Ricardo Espinoza (Defendant)
7421 Monterey Street
Gilroy, CA 95020

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 30, 2011, at South Pasadena, California.

Dated: September 30, 2011

ERICA FERNANDEZ